**PROB 12B**
**(7/93)**

United States District Court
for
District of New Jersey
Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Felder, Julius　　　　　　　　　　　　　　　　　　　　　　Cr.: 07-00550-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS Number: 49428

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden, U.S.D.J.

Date of Original Sentence: 07/15/08
Violation of Probation: 05/17/2011

Original Offense: Unlawful Transportation of Firearms

Original Sentence: 51 months imprisonment; 3 years supervised release.
Violation Sentence: 1 month imprisonment; 29 months of supervised release.

Type of Supervision: Supervised Release　　　　　　　　　　　　　　Date Supervision Commenced: 06/15/11

## PETITIONING THE COURT

[X]　To modify the conditions of supervision as follows.

The offender shall participate in the location monitoring program. The offender shall be confined to his residence for a period of four (4) months commencing at the discretion of the U.S. Probation Office. The offender shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs, and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a location monitoring device and follow all location monitoring procedures. The offender shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable cordless equipment. The offender shall comply with any other specific conditions of home confinement as the Court may require. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

## CAUSE

On February 3, 2012, the offender submitted a urine sample which yielded positive results for the presence of marijuana after being granted a reprieve for prior noncompliance.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　　　　By: Jamel Dorsey, USPO
　　　　　　　　　　　　　　　　　　　　　　　　　　Date: 02/09/12

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

　　　　　　　　　　　　　　　　　　　　　　　　　　KSHayden
　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　　　　　　　　　　　Feb 22, 2012
　　　　　　　　　　　　　　　　　　　　　　　　　　Date