# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Julius Felder

**Docket Number:** 07-00550-001
**PACTS Number:** 49428

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden, United States District Judge

**Date of Original Sentence:** 07/15/2008
**Date of Violation of Supervised Release:** 05/17/ 2011
**Date of Modification:** 02/22/2012

**Original Offense:** Unlawful Transportation of Firearms

**Original Sentence:** 51 months imprisonment; 3 years supervised release
**Violation Sentence:** 30 days imprisonment; 29 months of supervised release
**Modification Sentence:** 4 months on location monitoring program

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 11/24/2010
**Date Supervision Recommenced:** 06/15/2011

**Assistant U.S. Attorney:** Seth Kosto, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Patrick McMahon Esq. (AFPD), 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On August 9, 2012, the offender was arrested by members of the Newark Police Department and charged with possession of a weapon for an unlawful purpose, carjacking while inflicting bodily injury or using force against the occupant, unlawful possession of a weapon, and aggravated assault. |

On August 13, 2012, Felder appeared in Essex County Superior Court for an initial appearance and the matter was referred to grand jury. This matter is currently pending without date. Bail is set at $500,000 unsecured cash bond.

I declare under penalty of perjury that the foregoing is true and correct.

By: Jamel H. Dorsey  Maureen Kelly
U.S. Probation Officer
Date: 9/6/12

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

September 7, 2012
_____
Date